NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALBINO CONTRERAS,                        )
                                         )
        Appellant,                       )
                                         )
v.                                       )        Case No. 2D17-4183
                                         )
STATE OF FLORIDA,                        )
                                         )
        Appellee.                        )
                                         )
_____  )

Opinion filed February 6, 2019.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Howard L. Dimmig, II, Public Defender,
and Steven L. Bolotin, Assistant Public
Defender, Bartow, for Appellant.

Ashley Brooke Moody, Attorney
General, Tallahassee, and Kiersten E.
Jensen, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.

        Affirmed.


LaROSE, C.J., and CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., Concur.